JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.H<br><br>Plaintiff,<br><br>v.<br><br>GATEWAY COLLEGE AND CAREER ACADEMY<br><br>Defendant. | Case No.: 5:23-CV-01051-SSS-SHKx<br><br>Judge: Sunshine S. Sykes<br><br>Action Filed: June 6, 2023<br><br>**JUDGEMENT GRANTING IN PART PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES** |

**JUDGMENT GRANTING IN PART DEFENDANTS'/ COUNTERCLAIMANTS' MOTION FOR ATTORNEYS' FEES**

-1-

On October 7, 2024, this Court granted in part Plaintiff N.H.'s request for Attorneys' Fees. This Court awarded Plaintiff an amount equal to $14,061.50 in attorneys' fees against the Gateway College and Career Academy ("Defendant"). Attached is a copy of the "Order Granting, in Part, Plaintiff's Request for Attorneys' Fees."

Judgment for attorneys' fees in the amount of $14,061.50 is entered in favor of Plaintiff N.H. and against Defendant Gateway College and Career Academy.

IT IS SO ORDERED.

DATED: October 16, 2024

_____
Sunshine S. Sykes
U.S. District Judge

**JUDGMENT GRANTING IN PART DEFENDANTS'/ COUNTERCLAIMANTS' MOTION FOR ATTORNEYS' FEES**